## IN RE APPEAL OF R. W. MOORE EQUIPMENT CO.

No. 337P94

Case below: 115 N.C.App. 129

Petition by petitioner (R. W. Moore Equipment Company, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## IN RE WILL OF JONES

No. 301P94

Case below: 114 N.C.App. 782

Petition by caveator (Herbert C. Mitchener, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## JAMES FARMS, INC. v. CITY OF STATESVILLE

No. 282P94

Case below: 114 N.C.App. 665

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## JUSTICE v. PORTER

No. 175P94

Case below: 114 N.C.App. 266

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## KRAFT FOODSERVICE, INC. v. HARDEE

No. 325PA94

Case below: 111 N.C.App. 928

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 September 1994.